# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR162** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MANUEL GARCIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Mark A. Weber to withdraw as retained counsel for the defendant, Manuel Garcia (Garcia) (Filing No. 61). Since retained counsel, Michael D. Nelson, has entered an appearance for Garcia (Filing No. 60), Mr. Weber's motion to withdraw (Filing No. 61) is granted. Mr. Weber shall forthwith provide Mr. Nelson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Weber which are material to Garcia's defense.

Mr. Weber shall submit his CJA voucher to the Office of the Federal Public Defender within forty-five days of this order.

The Clerk of the Court shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 30th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
