IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR162 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MANUEL GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The motion for appointment of counsel under the Criminal Justice Act (Filing No. 236) filed by Attorney Michael D. Nelson is granted. Michael D. Nelson is appointed to represent the above-named defendant in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Michael D. Nelson.

DATED this 14th day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge